Robert L. Hyde, Esq. (SBN: 227183)
bob@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**Hyde & Swigart**
411 Camino Del Rio South, Suite 301
San Diego, CA 92108-3551
Telephone:   (619) 233-7770
Facsimile:    (619) 297-1022

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Victor Catala individually and on behalf of all others similarly situated<br><br>Plaintiffs,<br>v.<br><br>Resurgent Capital Services L.P. and Plains Commerce Bank<br><br>Defendants. | Case No: 08CV2401 DMS (NLS)<br><br>**CLASS ACTION**<br><br>**JOINT NOTICE OF SETTLEMENT AND REQUEST FOR TELEPHONIC STATUS CONFERENCE** |

**NOTICE IS HEREBY GIVEN** by the Parties that a settlement to this action, on a class wide basis, has been reached.  The Parties jointly request the following:

1. That pending deadlines concerning class certification be vacated;
2. That the Court schedule a telephonic status conference with the Parties respective attorneys to discuss the following dates:

      a. Hearing date for preliminary approval;

      b. Hearing date for final approval.

The Parties consent to the jurisdiction of the Magistrate Judge for all purposes in order to expedite the approval and notification process.

Respectfully submitted,

Date: September 21, 2009          **HYDE & SWIGART**

                                      By: /s/ Robert L. Hyde
                                      Robert L. Hyde
                                      Attorneys for Plaintiffs

Date: September 21, 2009          **SIMMONDS & NARITA LLP**

                                      By: /s Michael R. Simmonds
                                      Michael R. Simmonds
                                      Attorneys for Defendants

**HYDE & SWIGART**
San Diego, California