**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VICTOR CATALA, individually and on behalf of all others similarly situated,<br><br>            Plaintiffs,<br>v.<br><br>RESURGENT CAPITAL SERVICES L.P. and PLAINS COMMERCE BANK,<br><br>            Defendants. | Civil No.08cv2401 NLS<br><br>**ORDER SETTING FILING AND HEARING DATES FOR MOTION FOR PRELIMINARY APPROVAL OF THE CLASS SETTLEMENT** |

The parties filed a notice of settlement and request for a status conference. The court denies the request for a status conference and instead **SETS** the following schedule for preliminary approval. The court will set dates for the final approval hearing in the order on the motion for preliminary approval.

1. The parties shall file a joint motion for preliminary approval of the class settlement on or before **October 19, 2009**, which shall include a proposed schedule for issuing the notice of class settlement and for the final fairness hearing.

2. The hearing date for the joint motion for preliminary approval of the class settlement is **November 16, 2009 at 3:30 p.m.**  The matter will be taken under submission and no oral argument held unless the court orders otherwise.

**IT IS SO ORDERED.**

DATED: October 1, 2009

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge