1

2  Robert L. Hyde, Esq. (SBN: 227183)
   bob@westcoastlitigation.com
3  Joshua B. Swigart, Esq. (SBN: 225557)
   josh@westcoastlitigation.com
4  **Hyde & Swigart**
   411 Camino del Rio South, Ste. 301
5  San Diego, CA 92108
   Telephone:   (619) 233-7770
6  Facsimile:   (619) 330-4657

7  Attorneys for Plaintiff

8

9

10            # UNITED STATES DISTRICT COURT

11            # SOUTHERN DISTRICT OF CALIFORNIA

12

| VICTOR CATALA, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | CASE NO.: 08-CV-2401 DMS(NLS) |
|---|---|
| PLAINTIFF, | NOTICE OF MOTION FOR CONDITIONAL CLASS CERTIFICATION AND PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT AGREEMENT; MEMORANDUM OF POINTS AND AUTHORITIES |
| V. RESURGENT CAPITAL SERVICES, L.P., AND PLAINS COMMERCE BANK, | Hearing:      November 16, 2009 Time:          3:30 p.m. Courtroom:  G Hon. Nita L. Stormes |
| DEFENDANTS. | |

13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on November 16, 2009, or as soon thereafter as the matter may be heard before the Honorable Nita L. Stormes, United States Magistrate Judge for the Southern District of California, Plaintiff Victor Catala ("Plaintiff"), and Defendants Resurgent Capital Services, L.P. ("Resurgent"), and Plains Commerce Bank ("Plains"), hereinafter collectively referred to as "Defendants,"  being all of the named parties to this litigation, will move and hereby do move, for:   (i) conditional certification of Plaintiff as class representative, (ii) conditional certification of Plaintiff's attorneys as class counsel, (iii) preliminary approval of the Class Action Settlement Agreement pursuant to Rule 23 of the Federal Rules of Civil Procedure, (iv) approval of the manner and form of Class Notice; and (v) establishment of a time table for providing notice to the class, lodging objections to the terms of the settlement, and holding a hearing regarding final approval of the settlement.

This motion is made on the grounds that: (i) the settlement is in the best interests of the Class Members and the terms of the settlement are within the range of approval; (ii) the proposed manner and form of giving notice of the settlement to Class Members, given the practical constraints of this litigation, would fairly apprise Class Members of the terms of the settlement; and (iii) the proposed timetable for publishing the class notice, lodging objections to the terms of the settlement, and holding a hearing regarding final approval of the settlement is appropriate.

1
2       This motion is based on this Notice of Motion and Joint Motion, the
3   following Memorandum of Points and Authorities, the attachments hereto
4   (including the Class Action Settlement Agreement and proposed form of Class
5   Notice), and the complete files and records in this action.
6
7   HYDE & SWIGART
    Robert L. Hyde Esq.
8   Joshua B. Swigart, Esq.
9
10  By_/s/ Joshua B. Swigart_____
11  Attorneys for Plaintiff
12
13  SIMMONDS & NARITA LLP
    Michael R. Simmonds
14  Tomio B. Narita
15
16  By: _____/s/ Tomio B. Narita
            Tomio B. Narita
17  Attorneys for Defendants
18  Resurgent Capital Services, L.P. and
    Plains Commerce Bank
19
20  LINDQUIST & VENNUM P. L.L.P.
    Kim Ruckdaschel-Haley
21
22
23  By: _____/s/ Kim Ruckdaschel-Haley
            Kim Ruckdaschel-Haley
24  Attorneys for Defendant
25  Plains Commerce Bank
26
27
28