# EXHIBIT C

**VICTOR CATALA v. RESURGENT CAPITAL SERVICES, L.P., ET AL.**

**U. S. DISTRICT COURT, SOUTHERN DISTRICT OF CALIFORNIA**

**CASE NO.:  08-CV-2401 DMS(NLS)**

**NOTICE OF CLASS ACTION PROPOSED SETTLEMENT**

**AND COURT APPROVAL HEARING**

**PLEASE READ THIS ENTIRE NOTICE CAREFULLY.**

**THE PROPOSED SETTLEMENT DESCRIBED BELOW MAY AFFECT YOUR LEGAL RIGHTS.**

TO:     All individuals in the State of California who, during the period December 24, 2007 to December 24, 2008, were sent by Resurgent Capital Services, L.P. an envelope that was light blue in color, bearing white clouds as a design, a stamp that indicated it was "PRESORTED FIRST CLASS MAIL," and/or the words "IMMEDIATE REPLY REQUESTED," and/or were sent a collection letter by Resurgent Capital Services, L.P. bearing the representations "YOU ARE PRE-APPROVED* FOR A NEW VISA® CREDIT CARD" and "Arrangements have been made for you to obtain a Pre-Approved* Visa credit card issued through Plains Commerce Bank" (hereinafter the "Class").

The purpose of this Notice is: (a) to advise you of a proposed settlement (the "Settlement") of this civil action ("Action") against Resurgent Capital Services, L.P. ("Resurgent") and Plains Commerce Bank ("Plains"), collectively "Defendants," in the U. S. District Court for the Southern District of California (the "Court"); (b) to summarize your rights under the Settlement; (c) to inform you of a court hearing to consider the final approval of the Settlement (the "Court Approval Hearing"); and (d) to inform you how to obtain additional information.

The Action claims that Defendants violated the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA"), and the Rosenthal Fair Debt Collection Practices Act, California Civil Code §§ 1788-1788.32 ("Rosenthal Act"), by sending an envelope and/or collection letter of the type described above.

Under the settlement, Defendants agree to pay $35,000.00 to the San Diego County Legal Aid Society on behalf of the Class.  Because the Class is so large compared to the amount of the agreed settlement, each Class Member would receive less than thirteen cents, if divided among the Class Members on a pro-rata basis.  Therefore, the Court will allow the settlement to be paid to the San Diego County Legal Aid Society.  Subject to Court approval, Defendants will also pay $2,500 to Plaintiff Victor Catala for his efforts in this case and up to $35,000.00 to Class Counsel for attorney's fees and costs.  Upon final Court approval, the Action will be dismissed with prejudice and the Class Members who do not request exclusion will be deemed to release Defendants and related persons and entities from all claims arising from the facts alleged in the Action that they have and/or could assert against Defendants.

The Court has provisionally appointed Robert Hyde and Joshua Swigart of the law firm of Hyde & Swigart, 411 Camino Del Rio South, Ste. 301, San Diego, CA 92108, as Class Counsel.

If you want to be part of the Class, you do not need to do anything.  You will be bound by any judgment in the Action, including the release as provided in the Settlement Agreement, and you will be precluded from pursuing claims against Defendants separately if those claims are within the scope of the release.  If you do not wish to be a member of the Class, you may exclude yourself from the Class ("Opt Out") by mailing a notice to Class Counsel of your intention to Opt-Out postmarked no later than _____.  Any Opt-Out must (a) state your full name, address, and telephone number; (b) contain your original signature; and (c) state your intention to Opt Out.   If you choose to Opt Out, you will retain any claims you may personally have against Defendants.  Class Members who do not mail in a timely and valid Opt-Out will remain Class Members and be bound by the Settlement.

If you do not elect to Opt Out of the Class, you may object to part or all of the Settlement, and/or intervene in this Action, provided you do so by _____.  You may object to the Settlement by filing your objection with the Clerk of the Court, U. S. District Court, Southern District of California, 880 Front Street, Room 4290, San Diego CA  92101-8900 and sending a copy to Class Counsel.  Your objection must (a) state your full name, address and telephone number; (b)

contain your original signature; (c) state that you object; (d) state the basis for your objection; and (e) provide copies of any documents that you wish to submit in support of your objection. If you wish to appear at the Court Approval Hearing, personally or through an attorney, you must file a notice of appearance with the Clerk of the Court. If you wish to intervene in the Action, you must file an appropriate motion to intervene.

The Court Approval Hearing will be in Courtroom G of the U. S. District Court for the Southern District of California, 940 Front Street, San Diego, California, on _____ at _____, before the Judge signing this Notice.

The descriptions that are contained in this Summary Notice are only a summary. All papers filed in this case, including the Settlement Agreement, are available for inspection and copying, at your cost, at the office of the Clerk of the Court, U. S. District Court for the Southern District of California, 880 Front Street, Room 4290, San Diego CA 92101-8900. Any questions concerning this Notice, the Settlement Agreement, or the Settlement may be sent to: Catala v. Resurgent Settlement, c/o Gilardi & Co. LLC, 3301 Kerner Blvd., San Rafael, CA 94901. You may also call toll-free 1-888-_____ for more information. You may seek the advice of your own attorney, at your own expense, if you desire.

THIS IS ONLY A SUMMARY OF THE PROPOSED SETTLEMENT. YOU MAY CONSULT THE CLASS NOTICE OR THE SETTLEMENT AGREEMENT FOR THE EXACT TERMS OF THE SETTLEMENT, AS NOTED ABOVE. DO NOT WRITE OR TELEPHONE THE COURT, THE CLERK'S OFFICE, OR DEFENDANTS IF YOU HAVE ANY QUESTIONS ABOUT THIS NOTICE OR THE SETTLEMENT.

/s/  The Honorable Nita L. Stormes
United States Magistrate Judge