Michael R. Simmonds, SBN 96238
E-mail: msimmonds@snllp.com
Tomio B. Narita, SBN 156576
E-mail: tnarita@snllp.com
**SIMMONDS & NARITA LLP**
44 Montgomery Street, Suite 3010
San Francisco, CA  94104
Telephone (415) 283-1000 Fax (415) 352-2625

Attorneys for Defendants
RESURGENT CAPITAL SERVICES, L.P. and
PLAINS COMMERCE BANK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CATALA, individually and on behalf of all others similarly situated,<br><br>PLAINTIFF,<br><br>v.<br><br>RESURGENT CAPITAL SERVICES, L.P., and PLAINS COMMERCE BANK,<br><br>DEFENDANTS. | Case No.  3:08-cv-02401 DMS(NLS)<br><br>**NOTICE OF FILING OF NOTICE OF CLASS SETTLEMENT BY DEFENDANT RESURGENT CAPITAL SERVICES, L.P. AND DEFENDANT PLAINS COMMERCE BANK, PURSUANT TO 28 U.S.C. §1715** |

PLEASE TAKE NOTICE that Defendants Resurgent Capital Services, L.P. ("Resurgent") and Plains Commerce Bank ("Plains"), hereby file with the Court a copy of the NOTICE OF CLASS SETTLEMENT BY DEFENDANT RESURGENT CAPITAL SERVICES, L.P. AND DEFENDANT PLAINS COMMERCE BANK, PURSUANT TO 28 U.S.C. §1715, a copy of which (without exhibits) is attached hereto.  The Notice was sent with accompanying exhibits on October 28, 2009, to the appropriate persons pursuant to 28 U.S.C. §1715, as set forth in the proof of service.

-2-

1

2  DATED:  May 18, 2010                          SIMMONDS & NARITA LLP

3

4                                                By:   /s/ Michael R. Simmonds
                                                       Michael R. Simmonds
5                                                      Attorneys for Defendants
                                                       Resurgent Capital Services,
6                                                      L.P. and Plains Commerce
                                                       Bank
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Michael R. Simmonds, SBN 96238
E-mail: msimmonds@snllp.com
Tomio B. Narita, SBN 156576
E-mail: tnarita@snllp.com
**SIMMONDS & NARITA LLP**
44 Montgomery Street, Suite 3010
San Francisco, CA 94104
Telephone (415) 283-1000 Fax (415) 352-2625

Attorneys for Defendants
RESURGENT CAPITAL SERVICES, L.P. and
PLAINS COMMERCE BANK

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR CATALA, individually and on behalf of all others similarly situated, <br><br> PLAINTIFF, <br><br> v. <br><br> RESURGENT CAPITAL SERVICES, L.P., and PLAINS COMMERCE BANK, <br><br> DEFENDANTS. | CASE NO. 06-CV-2401 DMS(NLS) <br><br> **NOTICE OF CLASS SETTLEMENT BY DEFENDANT RESURGENT CAPITAL SERVICES, L.P. AND DEFENDANT PLAINS COMMERCE BANK, PURSUANT TO 28 U.S.C. §1715** |

      Defendants Resurgent Capital Services, L.P. ("Resurgent") and Plains Commerce Bank ("Plains"), by its undersigned attorneys, hereby gives notice under 28 U.S.C. §1715 of the proposed settlement of the above-captioned action. Pursuant to 28 U.S.C. §1715, Resurgent and Plains state as follows:

      1.    This class action was filed on December 24, 2008, alleging violation of the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 *et seq.* and the Rosenthal Fair Debt Collection Practices Act ("Rosenthal Act"), Cal. Civ. Code § 1788 *et seq.* A copy of the Complaint is attached as Exhibit A.

      2.    On October 19, 2009, the parties agreed to settle this matter by filing the Class Action Settlement Agreement attached hereto as Exhibit B. The settlement class consists of all individuals in the State of California, during the

class period, who were sent an envelope by Resurgent that was light blue in color, bearing white clouds as a design, a stamp that indicated it was "PRESORTED FIRST CLASS MAIL," and/or the words "IMMEDIATE REPLY REQUESTED," and/or were sent a collection letter from Resurgent bearing the representations "YOU ARE PRE-APPROVED* FOR A NEW VISA® CREDIT CARD" and "Arrangements have been made for you to obtain a Pre-Approved* Visa credit card issued through Plains Commerce Bank."  The class period, for purposes of the settlement, is the period from December 24, 2007, to December 24, 2008.

       3.    On October 19, 2009, the parties filed a joint motion for preliminary approval of the settlement, which is scheduled to be heard by the Court on November 16, 2009, at 3:30 p.m.  A copy of the motion and supporting documents (including proposed orders and form of class notice) is attached as Exhibit C.  The parties have proposed that the Court set a Final Approval Hearing for April 5, 2010, but no date for that hearing has actually been set by the Court yet.

       4.    The proposed form of class notice includes notice of the class members' rights to request exclusion from the class action.

       5.    No settlement or agreement other than that reflected in Exhibit B hereto was contemporaneously made between class counsel and counsel for Resurgent and Plains.

       6.    No final judgment has been entered, nor has any notice of dismissal been filed.

       7.    The settlement class consists of 195,561 individuals who, according to the best information available to Resurgent, reside in the State of California. Due to the number of class members, it is not feasible to provide the names of class members in this notice, and the provisions of 28 U.S.C. §1715(b)(7)(B) regarding estimated proportionate shares are not applicable due to the nature of the settlement, which is set forth in full in Exhibits B and C attached hereto.

1  8. There is no written judicial opinion relating to the materials described in 28 U.S.C. §1715(b), subparagraphs (3) through (6), since the motion for preliminary approval has not been heard yet. Proposed orders are included in Exhibit C attached hereto.

DATED: October 27, 2009

SIMMONDS & NARITA LLP

By: /s/ Michael R. Simmonds
Michael R. Simmonds
Attorneys for Defendants
Resurgent Capital Services, L.P. and Plains Commerce Bank

# PROOF OF SERVICE

I, the undersigned, declare:

I am employed in the City and County of San Francisco, California. I am over the age of eighteen years and not a party to this action. My business address is: 44 Montgomery Street, Suite 3010, San Francisco, California 94104-4816.

I am readily familiar with the business practices of my employer, Simmonds & Narita LLP, for the collection and processing of correspondence for transmittal by mailing with the United States Postal Service, which correspondence is deposited with the United States Postal Service that same day in the ordinary course of business.

On this date, I served a copy of **NOTICE OF CLASS SETTLEMENT BY DEFENDANT RESURGENT CAPITAL SERVICES, L.P. AND DEFENDANT PLAINS COMMERCE BANK, PURSUANT TO 28 U.S.C. §1715** by causing such document to be placed in a sealed envelope for collection and delivery to the addressee indicated below:

**VIA U.S. MAIL**
U.S. Department of Justice
Civil Division, Communications Office
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Herschel Elkins
Special Assistant Attorney General
California Attorney General's Office
Office of the Attorney General
300 S. Spring Street
Los Angeles, CA 90013-1230

South Dakota Division of Banking
217 ½ West Missouri Avenue
Pierre, SD  57501

Federal Deposit Insurance Corporation
2520 E. River Ridge Place
Sioux Falls, SD  57103-3904
Attn:  Randy Rock

1  
2  Robert L. Hyde, Esq.  
   Joshua B. Swigart, Esq.  
3  Hyde & Swigart  
   411 Camino Del Rio South, Suite 301  
4  San Diego, CA 92108  
5  
6  
7      I declare under penalty of perjury that the foregoing is true and correct. Executed at San Francisco, California on this 28th day of October, 2009.  
8  
9  
                                     Stephanie Schmitt
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

-5-